**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

––––––––––

Nos. 09-2051 and 10-1633

––––––––––

MICHAEL C. SCHMIDT,

Appellants.

v.

JAMES P. CREEDON; CONNIE A. TENNIS;
RICHARD A. SHAFFER; GREGORY A. GREEN

––––––––––

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D. C. Nos. 4-07-cv-01190 and 1-09-cv-00323)
District Judge:  Honorable John E. Jones

––––––––––

No. 09-2051 Argued on November 2, 2010

No. 10-1633 Submitted under Third Circuit LAR 34.1(a)
on November 2, 2010

Before:  SCIRICA, STAPLETON, and ROTH, <u>Circuit Judges</u>

(Opinion filed March 29, 2011)

**ROTH, <u>Circuit Judge</u>:**


      **IT IS ORDERED** that the precedential opinion in the above case, filed on March

29, 2011, be vacated.  An amended opinion will be filed forthwith.

      This amendment does not change the date of filing, March 29, 2011.


                    By the Court,


                    /s/ Jane R. Roth
                    Circuit Judge

Dated:  18 April 2011